IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CYNTHIA MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. : 1:13-CV-00324 |
| v. ) | |
| ) | |
| CPB FOODS, LLC D/B/A GOLDEN ) | |
| CORRAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL**

As evidenced by the signatures of counsel below and by the plaintiff, Cynthia Morgan, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties.

As evidenced by her signature below and as confirmed by her counsel through signature below, Cynthia Morgan acknowledges that she was given a period of twenty-one (21) days within which to consider the settlement of her case as stated in Settlement Agreement and Release (the Agreement) that she acknowledges as having now executed. As evidenced by her signature below, Cynthia Morgan further acknowledges her understanding that she had seven (7) days following her execution of the Agreement to revoke the Agreement and that the Agreement has now become effective and enforceable since that seven (7) day revocation period has expired.

Submitted June 26, 2014.

GILBERT RUSSELL MCWHERTER SCOTT BOBBITT, PLC


By: _s/Justin Gilbert_____
Justin S. Gilbert, BPR #017079
One Union Square Building
100 W. Martin Luther King Blvd., Suite 504
Chattanooga, TN 37402
Telephone: (423) 499-3044
Facsimile: (731) 664-1540
Attorneys for Plaintiff Cynthia Morgan
jgilbert@gilbertfirm.com


By: _s/Justin Gilbert (*with permission of Morgan*)
Cynthia Morgan
Plaintiff


LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC


By: _s/Marc H. Harwell_____
Marc H. Harwell BPR #013817
Leitner, Williams, Dooley & Napolitan, PLLC
Third Floor, 801 Broad Street
Chattanooga, Tennessee 37402
Phone: (423) 265-0214
Fax: (423) 266-5490
marc.harwell@leitnerfirm.com